IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-50396
Summary Calendar
_____


JUAN T. JONES,

                                        Petitioner-Appellant,

versus

GARY L. JOHNSON, DIRECTOR, TEXAS
DEPARTMENT OF CRIMINAL JUSTICE,
INSTITUTIONAL DIVISION, ET AL.,

                                        Respondents-Appellees.


- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. SA-96-CA-67
- - - - - - - - - -
September 4, 1996
Before DAVIS, EMILIO M. GARZA and STEWART, Circuit Judges.

PER CURIAM:[*]

     Juan T. Jones, Texas inmate #501610, appeals the dismissal
of his habeas petition for abuse of the writ.  See Rule 9(b) of
the Rules Governing Section 2254 Cases.  Jones fails to argue the
propriety of the Rule 9(b) dismissal.  Therefore, the issue is
deemed abandoned on appeal.  See Yohey v. Collins, 985 F.2d 222,
224-25 (5th Cir. 1993).  Because the only issue which could be

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

raised on appeal is abandoned, the appeal is frivolous.  5th Cir. R. 42.2.  Therefore, the appeal is DISMISSED.